# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARY JUNOT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4602** |
| **JERRY W. GOODWIN, WARDEN** | **SECTION "S"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Ronald Thompson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 3rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE